**ORIGINAL**

$50 FEE PAID
#118269
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GIBC, INC. and
GOOSE ISLAND BEER CO., INC.,         *

             **Plaintiff(s)**        *

             vs.                          Case No.: _____

FREDERICK BREWING CO., SNYDER        *
INTERNATIONAL BREWING GROUP, and
C. DAVID SNYDER, **Defendant(s)**     *

AMD 02 CV 2944

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Cyril V. Smith, am a member in good standing of the bar of this Court. My bar number is 07332. I am moving the admission of

Heather J. Macklin to appear *pro hac vice* in this case as

counsel for GIBC, INC. and GOOSE ISLAND BEER CO., INC.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Illinois | 1999 |
| Northern District of Illinois | 1999 |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _Cynthia L. Tippett_, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature  9-5-02 | Signature |
| Cyril V. Smith | Heather J. Macklin |
| Printed Name | Printed Name |
| Zuckerman Spaeder LLP | Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLC |
| Firm | Firm |
| 100 East Pratt Street, Suite 2440  Baltimore, Maryland 21202 | 333 West Wacker Drive, #2700  Chicago, Illinois 60606 |
| Address | Address |
| (410) 332-0514 | (312) 984-3100 |
| Telephone Number | Telephone Number |
| (410) 659-0436 | (312) 984-3150 |
| Fax Number | Fax Number |

****************************************************************************

## ORDER

☒ GRANTED      ☐ DENIED      **Felicia C. Cannon**

_9-6-02_                       by _[signature]_

Date                           **Clerk, United States District Court**