ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GIBC, INC. and  
GOOSE ISLAND BEER CO., INC.  
        **Plaintiff(s)**

vs.

FREDERICK BREWING CO., SNYDER
INTERNATIONAL BREWING GROUP and
C. DAVID SNYDER, **Defendant(s)**

Case No.: _____

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Cyril V. Smith__, am a member in good standing of the bar of this Court. My bar number is __07332__. I am moving the admission of __Wendi E. Sloane__ to appear *pro hac vice* in this case as counsel for __GIBC, INC. and GOOSE ISLAND BEER CO., INC.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Illinois | 1982 |
| Northern District of Illinois | 1982 |
| Seventh Circuit, Court of Appeals | 1983 |
| Eighth Circuit, Court of Appeals | 1992 |
| Federal Circuit, Court of Appeals | 1983 |
| Supreme Court of the United States | 2000 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or __Cynthia L. Tippett__, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature       9.5.02

Cyril V. Smith
Printed Name

Zuckerman Spaeder LLP
Firm

100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
Address

(410) 332-0514
Telephone Number

(410) 659-0436
Fax Number

PROPOSED ADMITTEE

_____    Prid 29506
Signature                    Plid 117538

Wendi E. Sloane
Printed Name

Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC
Firm

333 West Wacker Drive, #2700
Chicago, Illinois 60606
Address

(312) 984-3100
Telephone Number

(312) 984-3150
Fax Number

*********************************************************************

## ORDER

☑ GRANTED   ☐ DENIED   Felicia C. Cannon

9-6-02                    by: _____
Date                      Clerk, United States District Court