IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

GIBC, INC., *et al.*                    *

      Plaintiffs                  *

v.                                       *       CIVIL ACTION NO.  02-CV-2944

FREDERICK BREWING CO., *et al.*         *

      Defendants                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon the Consented Motion for Enlargement of Time to Answer Complaint, it is hereby ORDERED that the time within which the defendants in the above-captioned action may answer or respond to the Complaint is enlarged by sixty days from the date hereof.

9/30/2002

_____
Judge