UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 16, 2002

MEMORANDUM TO COUNSEL RE:

GBIC, Inc. v. Frederick Brewing Co.
Civ. No. AMD 02-2944

As you are aware, I canceled the preliminary injunction hearing in this case at the parties' request and on the assumption that the case was, or soon would be, settled. Thereafter, the parties' agreed to a 60 day enlargement of the time for the filing of defendants' answer to the verified complaint. I am now given to understand that plaintiff apparently believes a scheduling conference is needed.

I will of course be happy to hold a telephone conference with counsel if you think such is necessary.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File