## CERTIFCATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November, 2002, a copy of the foregoing PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE was served by first-class mail, postage prepaid, to:

>Andrew Jay Graham, Esq.
>Kramon & Graham, P.A.
>One South Street, Suite 2600
>Baltimore, Maryland 21202
>
>Daniel J. McMullen, Esq.
>Timothy J. Connors, Esq.
>Calfee, Halter & Griswold LLP
>1400 McDonald Investment Center
>800 Superior Avenue
>Cleveland, Ohio 44144-2699

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| GIBC, INC., an Illinois corporation, and GOOSE ISLAND BEER CO., INC. an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FREDERICK BREWING CO., a Maryland corporation, SNYDER INTERNATIONAL BREWING GROUP, an Ohio limited liability company, and C. DAVID SNYDER, an individual, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 02 CV 2944 <br> Judge Andre M. Davis |

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

Plaintiffs GIBC, Inc. and Goose Island Beer Co., Inc., hereby move to dismiss this action with prejudice, with each party to bear its own costs, all matters in controversy between Plaintiffs and Defendants having been fully settled and compromised; provided, however, that this Court will retain jurisdiction to enforce the parties' Settlement Agreement.

Date: November 13, 2002                Respectfully submitted,

                                       GIBC, INC. and GOOSE ISLAND BEER CO., INC.

                                       By: _____
                                            One Of Their Attorneys

Cyril V. Smith                         Wendi E. Sloane
Federal Bar No. 07332                  Heather J. Macklin
ZUCKERMAN SPAEDER LLP                  BARACK FERRAZZANO KIRSCHBAUM
Suite 2440                              PERLMAN & NAGELBERG LLC
100 E. Pratt Street                    333 W. Wacker Drive, Suite 2700
Baltimore, Maryland 21202              Chicago, Illinois 60606
(410) 332-0444                         (312) 984-3100

11/13/2002 APPROVED